THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE METZE, Appellant.

No opinion. Beldock, P. J., Christ, Rabin and Benjamin, JJ., concur: Nolan, J., dissents and votes to reverse the judgment and to grant a new trial, being of the opinion that the search warrant pursuant to which the evidence against appellant was obtained was issued without probable cause (cf. *United States ex rel. Rogers* v. *Warden of Attica Prison*, 381 F. 2d 209).